Ahmed Malachi ABDEL–AZIZ, Petitioner—Appellant,

v.

LOWER SECURITY CORRECTIONAL INSTITUTION, BUTNER; Patricia R. Stansberry, Warden, Respondents— Appellees.

No. 04–7785.

United States Court of Appeals, Fourth Circuit.

Submitted April 28, 2005.

Decided May 4, 2005.

Ahmed Malachi Abdel–Aziz, Appellant pro se.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ahmed Malachi Abdel–Aziz, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Abdel–Aziz v. Lower Security Corr. Inst.,* No. CA–04–490–5– FL (E.D.N.C. Sept. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*